Dismissed and Opinion filed August 8, 2002









Dismissed and Opinion filed August 8, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00589-CV

____________

 

ANTHONY WILLIAMS, Appellant

 

V.

 

DESIREE DAY, Appellee

 



 

On
Appeal from the 12th District Court

Walker County, Texas

Trial
Court Cause No. 21,574

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed April 24, 2002.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On July 16, 2002, notification was transmitted to all parties
of the Court's intent to dismiss the appeal for want of prosecution unless,
within fifteen days, appellant paid or made arrangements to pay for the record
and provided this court with proof of payment. 
See Tex. R. App. P. 37.3(b).








Appellant, who is pro se, responded that he no longer wished
to pursue his appeal.  Accordingly, the
appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed August 8, 2002.

Panel consists of Chief Justice Brister and Justices Hudson and Fowler.

Do Not Publish C Tex. R. App. P. 47.3(b).